IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| FREDDY RIVERA, on behalf of himself and others similarly situated, | : : : | |
| Plaintiff, | : | 1:20-cv-00438-JPW |
| v. | : : | |
| MARTIN'S FAMOUS PASTRY SHOPPE, INC., | : : | |
| Defendant. | : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL
APPROVAL OF THE CLASS ACTION SETTLEMENT**

As reflected in the accompanying "Class Action Settlement Agreement"

("Agreement"), see Doc. 37-1,[1] the parties have settled this lawsuit for $700,000

on behalf of a 52-member class defined as individuals who "during any time since

March 16, 2017, worked in Massachusetts as Independent Distributors, either

individually or through a business entity, pursuant to Independent Distributor

Agreements with Defendant [Martin's Famous Pastry Shoppe, Inc.]."  Doc. 37-1 at

pg. 1.  If approved, $507,500 (including a $7,500 service award to Freddy Rivera)

will be shared by the 52-class members, and $192,500 will be paid to Winebrake &

---

[1]  The Agreement attaches an Exhibit A, which lists each class member's
individual settlement payment.  The names (but not the payment amounts) on this
exhibit have been redacted so that each class member's individual payment is not
publicly disclosed.  Of course, class counsel will promptly provide the Court with
an unredacted version upon request.

Santillo, LLC ("W&S") and Lichten & Liss-Riordan, P.C. ("LRR") (together

"class counsel").

As discussed in the accompanying brief, *see* Doc. 38, the settlement class

should be certified pursuant to Civil Rule 23(a) and (b)(3), the settlement payments

to the class members should be approved as "fair, reasonable, and adequate" under

the criteria described in Civil Rule 23(e)(2), and the payment to class counsel

should be approved as reasonable under Civil Rule 23(h) and the associated

decisional law.

**WHEREFORE**, Plaintiff respectfully asks the Court to grant this motion

and enter the accompanying proposed order.

Date:  February 9, 2021                    Respectfully,

_____

Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491

Harold L. Lichten (*pro hac vice*)
Matthew Thomson (*pro hac vice*)
Zachary L. Rubin (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA  02116
(617) 994-5800

2